**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| In Re: | Case No. 09-11223-TMW |
|---|---|
| MAYNARD JR., DON ALLEN<br>MAYNARD, REBAKAH DIANE<br><br>Debtors. | Chapter 7 |

**PAYMENT OF FUNDS TO THE CLERK**
**PURSUANT TO BANKRUPTCY RULE 3010**

    ROBERT A. BROWN, Trustee of the above captioned bankruptcy matter, reports that all orders of the Court have been complied with and that pursuant to the Order Authorizing Payment of Dividends and Compensation and Expenses of the Trustee, all checks have been issued and mailed to creditors at their last known addresses.

    The following checks have not been mailed for the reason that the dividend to be paid to each creditor listed was under $5.00. Accompanying this report is a check payable to the Clerk of the Court for the total amount, in accordance with Bankruptcy Rule 3010.

| CLAIM NUMBER | CLAIMANT/ADDRESS | AMOUNT |
|---|---|---|
| 000004 | American Express Centurion Bank<br>POB 3001<br>Malvern, PA 19355-0701 | $1.52 |

**TOTAL**      **$1.52**

DATED: April 22, 2011

    /s/ Robert A. Brown_____
    ROBERT A. BROWN, Trustee
    123 WEST 7TH AVENUE, SUITE 102
    STILLWATER, OK  74074
    405.377.8185
    bob@bobbrownattorney.com

| | | | |
|---|---|---|---|
| Claim 000004, Payment 1.95498% | **BANK OF AMERICA, N.A.** | | CHECK NUMBER |
| American Express Centurion Bank | | 32-1/1110 TX 0 | **3007** |
| POB 3001 | ROBERT A. BROWN, TRUSTEE | DATE | AMOUNT |
| Malvern, PA 19355-0701 | 123 WEST 7TH AVENUE, SUITE 102 | | |
| | STILLWATER, OK 74074 | 04/22/11 | ***********1.52 |

(4-1) CREDIT CARD DEBT

**1876276**

PAY TO THE ORDER OF :-

| CASE NUMBER | ESTATE OF |
|---|---|
| 09-11223   TMW   Debtor: MAYNARD JR., DON ALLEN | |
| ~~Joint Debtor: MAYNARD, REBAKAH DIANE~~ | |

GRANT E PRICE
CLERK OF THE COURT
U S BANKRUPTCY COURT
215 DEAN A MCGEE AVE
OKLAHOMA CITY OK 73102

*One Dollar And 52/100*

*[signature]*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

�011"003007"⑊  |:  ▇▇▇▇  |:  ▇▇▇▇ 1820 ⑊

---

| Date: 04/22/11 | Check Number: 3007 | Amount: 1.52 |
|---|---|---|
| Case Number: 09-11223   TMW | | |
| Debtor Name: MAYNARD JR., DON ALLEN | | |
| SSN: ▇▇▇-▇▇-6450 | | |
| Paid To: GRANT E PRICE<br>CLERK OF THE COURT<br>U S BANKRUPTCY COURT<br>215 DEAN A MCGEE AVE<br>OKLAHOMA CITY OK 73102 | Trustee: ROBERT A. BROWN, TRUSTEE<br>123 WEST 7TH AVENUE, SUITE 102<br>STILLWATER, OK 74074 | |
| Description: Claim 000004, Payment 1.95498%   American Express Centurion Bank<br>POB 3001<br>Malvern, PA 19355-0701 | | |
| Bank Account Number: ▇▇▇▇1820 | | |